UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

**RACHEL KITTL**,

    **Plaintiff**,                                                          **CASE NO**. 9:20-cv-80785-RS

vs.

**JOSEPH C. KEMPE PROFESSIONAL ASSOCIATION,**
a Florida profit corporation and,
**JOSEPH C. KEMPE**, individually

    **Defendants**.
_____/

**UNOPPOSED MOTION FOR EXTENSION
OF TIME TO RESPOND TO COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 6(b)(1), Defendants, Joseph C. Kempe Professional Association, and Joseph C. Kempe ("Defendants"), respectfully request an extension of time, up to and including Friday, July 10, 2020, to file a response to Plaintiff's Complaint ("Complaint") [D.E. 1], and in support thereof states:

1. Plaintiff's Complaint was filed on May 13, 2020. Defendants accepted service of the Complaint on May 20, 2020. As a result, Defendants' current deadline to respond to the Complaint is June 10, 2020.

2. The parties have reached a resolution of this matter. Moreover, the parties filed a Joint Motion for Approval of their Settlement Agreement. *See* D.E. 6.

3. On June 22, 2020, the Court entered an Order setting a Fairness Hearing ("Hearing") for June 10, 2020. *See* D.E. 7. The Hearing is scheduled for the same date as Defendants' deadline to respond to the Complaint.

4. The Hearing will likely obviate the need for the filing of a responsive pleading and conserve the time and resources of both the parties and of the Court.

#41147777 v1

5. Defendants, therefore, request a 30-day extension of time, through and including Friday, July 10, 2020, within which to file its response to the Complaint.

6. This motion is made in good-faith and not for the purpose of delay, and no party will be prejudiced by the relief sought.

## CERTIFICATE OF CONFERENCE

7. Pursuant to S.D. Fla. L.R. 7.1.A.3, the undersigned certifies that prior to filing this motion, undersigned counsel conferred with Plaintiff's counsel, Cathleen Scott, regarding the relief sought herein and is authorized to represent that Plaintiff does not oppose to the relief sought by this motion.

8. A proposed Order is attached as Exhibit A.

**WHEREFORE**, Joseph C. Kempe Professional Association, and Joseph C. Kempe, respectfully requests that the Court enter an Order granting it an extension of time, up to and including Friday, July 10, 2020, within which to file its response to the Complaint, together with any such other and further relief the Court deems appropriate.

#41147777 v1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via transmission of Notice of Electronic Filing generated by CM/ECF this 26th day of May, 2020, which will send notice electronically to the counsel or parties of record on the Service List below.

**GRAYROBINSON, P.A.**
*Counsel for Defendants, Joseph C. Kempe*
*Professional Association and Joseph C. Kempe*
333 S.E. 2nd Avenue, Suite 3200
Miami, Florida 33131
Telephone:   (305) 416-6880
Facsimile:    (305) 416-6887


By:   */s/ Anastasia Protopapadakis*
        Anastasia Protopapadakis, FBN 051426
        anastasia.protopapadakis@gray-robinson.com

## SERVICE LIST

Cathleen Scott, Esq.
cscott@scottwagnerlaw.com
**SCOTT WAGNER & ASSOCIATES, P.A.**
250 South Central Boulevard, Suite 104-A
Jupiter, Florida 33458
Telephone:   (561) 653-0008
Facsimile:    (561) 653-0020
*Counsel for Plaintiff, Rachel Kittl*

#41147777 v1